McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00014-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS |
| v. | |
| VICTOR BRAVO,<br>MOISES MISAEL GARCIA DELEON,<br>ENRIQUE ARGUETA LOPEZ,<br>ROBERT ZAVALA,<br>CESAR LEMUS,<br>JESUS JOSE ROBLEDO, | |
| Defendants. | |

**STIPULATION**

On March 26, 2019, defendant Enrique Lopez filed a Motion to Dismiss Count Three of the Indictment, which defendants Victor Bravo, Jesus Robledo, Robert Zavala Jr., and Cesar Lemus have all joined. The hearing on the Motion to Dismiss is currently set for April 22, 2019. Counsel for the government is unavailable on that date, and therefore the parties hereby stipulate to continue the hearing to May 6, 2019, at 10:00 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 2, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: April 2, 2019 | /s/ ERIC V. KERSTEN<br>ERIC V. KERSTEN<br>Counsel for Defendant<br>Victor Bravo<br>(Authorized by email on April 2, 2019) |
| Dated: April 3, 2019 | /s/ DANIEL L. HARRALSON<br>DANIEL L. HARRALSON<br>Counsel for Defendant<br>Moises Misael Garcia DeLeon<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>Enrique Argueta Lopez<br>(Authorized by email on April 3, 2019) |
| Dated: April 2, 2019 | /s/ JOHN F. GARLAND<br>JOHN F. GARLAND<br>Counsel for Defendant<br>Robert Zavala<br>(Authorized by email on April 2, 2019) |
| Dated: April 3, 2019 | /s/ PETER M. JONES<br>Peter M. Jones<br>Counsel for Defendant<br>Cesar Lemus<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ DALE A. BLICKENSTAFF<br>Dale A. Blickenstaff<br>Counsel for Defendant<br>Jesus Jose Robledo<br>(Authorized by email on April 3, 2019) |

**ORDER**

The Motion to Dismiss currently set for April 22, 2019 is hereby vacated and continued to Monday, May 6, 2019 at 10:00am.

IT IS SO ORDERED.

Dated: __April 3, 2019__

_____
UNITED STATES DISTRICT JUDGE