McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BRAVO,<br>MOISES MISAEL GARCIA DELEON,<br>ENRIQUE ARGUETA LOPEZ,<br>ROBERT ZAVALA,<br>CESAR LEMUS,<br>JESUS JOSE ROBLEDO,<br><br>Defendants. | CASE NO. 1:19-CR-00014-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 8, 2019<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on April 8, 2019.

2. By this stipulation, defendants now move to continue the status conference until June 10, 2019, and to exclude time between April 8, 2019, and June 10, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that it has previously provided over five hundred pages of discovery, consisting of criminal histories, police reports, legal process, and photographs from search warrants. The government also plans to produce approximately one thousand additional pages of discovery, including additional photographs, videos from police-worn body cameras, cell phone extraction reports, and other multimedia. The government

1

1 intends to produce this discovery prior to April 8, 2019.

  b) Counsel for defendants desire additional time to review the initial and supplemental discovery, discuss the discovery with their clients, seek additional discovery from the government, and potentially discuss a resolution with their clients and the government.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 8, 2019 to June 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  g) In addition, on March 26, 2019, defendant Enrique Lopez filed a Motion to Dismiss Count Three of the Indictment, which defendants Bravo, Robledo, Zavala Jr., and Lemus have all joined. The hearing on the Motion to Dismiss is currently set for May 6, 2019. Therefore, for purposes of computing time under the Speedy Trial Act, the time period from the date on which Lopez filed the motion until the conclusion of the hearing on, or other prompt disposition of, such motion is deemed excludable under 18 U.S.C. § 3161(h)(1).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 3, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: April 3, 2019 | /s/ ERIC V. KERSTEN<br>ERIC V. KERSTEN<br>Counsel for Defendant<br>Victor Bravo<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ DANIEL L. HARRALSON<br>DANIEL L. HARRALSON<br>Counsel for Defendant<br>Moises Misael Garcia DeLeon<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>Enrique Argueta Lopez<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ JOHN F. GARLAND<br>JOHN F. GARLAND<br>Counsel for Defendant<br>Robert Zavala<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ PETER M. JONES<br>Peter M. Jones<br>Counsel for Defendant<br>Cesar Lemus<br>(Authorized by email on April 3, 2019) |
| Dated: April 3, 2019 | /s/ DALE A. BLICKENSTAFF<br>Dale A. Blickenstaff<br>Counsel for Defendant<br>Jesus Jose Robledo<br>(Authorized by email on April 3, 2019) |

| | |
|---|---|
| 1 | |
| 2 | **<u>FINDINGS AND ORDER</u>** |

IT IS SO ORDERED that the 1st Status Conference is continued from April 8, 2019 to June 10, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**April 4, 2019**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE