McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VICTOR BRAVO,<br>MOISES MISAEL GARCIA DELEON,<br>ENRIQUE ARGUETA LOPEZ,<br>ROBERT ZAVALA, and<br>CESAR LEMUS,<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-CR-00014-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　Based upon the plea agreements entered into between plaintiff United States of America and defendants Victor Bravo, Moises Misael Garcia Deleon, Enrique Argueta Lopez, Robert Zavala, and Cesar Lemus, it is hereby ORDERED, ADJUDGED and DECREED as follows:

　　　1.　　Pursuant to 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), and 28 U.S.C. § 2461(c), defendants Victor Bravo, Moises Misael Garcia Deleon, Enrique Argueta Lopez, Robert Zavala, and Cesar Lemus' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　　a.　Black INA Tiger Revolver, .38 SPL, S/N: 043251, with 2-inch barrel and electric tape on wood grip;

　　　　　　b.　Black Smith & Wesson M&P Shield, 40 SPW, handgun, S/N: HLK0163;

1

          c. AR-15 rifle with POC Armory Upper Receiver and 20" barrel, altered semi-automatic;

          d. AR-15 rifle 18-inch barrel and holographic sight semi-automatic;

          e. Ammunition of various calibers and shell casings; and,

          f. Magazines, holster, and lower part spring kit for AR-15.

2. The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 2113(a), or is property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation or the U.S. Marshals Service in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

///

///

///

1     5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **February 11, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE